# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE CRAWFORD-HALL et al., Plaintiffs, | CASE NO. 2:17-cv-01616-SVW |
| v. | **ORDER ENTERING STAY OF JUDICIAL PROCEEDINGS** |
| United States of America et al., Defendants. | |
| | Honorable Stephen V. Wilson<br>United States District Judge |

The Court having read and considered the papers filed by counsel for Plaintiffs Anne Crawford-Hall et al. ("Plaintiffs") and Defendants United States of America et al. ("Defendants") in support of the Joint Stipulation for Stay of Judicial Proceedings, makes the following Order:

It is hereby ORDERED that:

1. The Joint Stipulation for Stay of Judicial Proceedings filed by the Plaintiffs and Defendants is entered.

2. Accordingly, the above-captioned case is moved to the Court's inactive calendar.

3. The parties shall inform the Court when to move the case back to the active calendar and lift the stay.

4. Plaintiffs shall retain the right to seek preliminary injunctive relief before the stay is lifted for the reasons set forth in the Joint Stipulation for Stay of Judicial Proceedings filed herein.

**IT IS SO ORDERED.**

Dated: April 19, 2017

Hon. Stephen V. Wilson